```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
RAVEN PRODUCTION MANAGEMENT GROUP                                       :
LLC,                                                                    :
                                                                        :
                        Plaintiff,                                      :   24 Civ. 2670 (JPC)
                                                                        :
        -v-                                                             :   ORDER
                                                                        :
PHANTOM LABS, INC., MATTHEW LUPTON, and                                 :
SEAN P. DIDDY COMBS,                                                    :
                                                                        :
                        Defendants.                                     :
                                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 19, 2024, the Court granted Plaintiff leave to file a renewed motion for leave to pursue alternative service as to Defendant Combs. Dkt. 36. To date, Plaintiff has failed to file that motion. Accordingly, Plaintiff shall file a status letter on or before November 14, 2024, advising the Court whether it intends to proceed with this action as against Defendant Combs. Plaintiff is warned that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: November 7, 2024
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge