```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RAVEN PRODUCTION MANAGEMENT GROUP                                      :
LLC,                                                                   :
                                                                       :
                              Plaintiff,                               :      24 Civ. 2670 (JPC)
                                                                       :
             -v-                                                       :      ORDER
                                                                       :
PHANTOM LABS, INC. et al.,                                             :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The Court ordered Plaintiff to file a letter by December 23, 2024, advising the Court as to whether the instant case should be stayed pending the outcome of the bankruptcy proceedings against Defendant Phantom Labs, Inc. and proposing next steps in this litigation. Dkt. 42. The Court also ordered Plaintiff to file a proof of service as to Defendant Combs on or before December 23, 2024. *Id.*

It is now a week after that deadline, and Plaintiff has still failed to make either filing. This is also not the first time that Plaintiff has disregarded this Court's orders. *See* Dkt. 37. Accordingly, the Court retroactively extends Plaintiff's deadline to file the status letter and proof of service to January 3, 2025. But if, absent an extension received for good cause shown, Plaintiff still fails to make the required filings by that date, Plaintiff shall show cause on or before January 10, 2025, why sanctions—including dismissal for failure to prosecute—should not be imposed for failure to abide by Court orders.

SO ORDERED.

Dated: December 30, 2024
       New York, New York

_____
JOHN P. CRONAN
United States District Judge