AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для
Southern District of New York

| | |
|---|---|
| RAVEN PRODUCTION MANAGEMENT GROUP LLC,<br><br>*Plaintiff(s)*<br>v.<br>PHANTOM LABS, INC., MATTHEW LUPTON, and SEAN P. DIDDY COMBS,<br><br>*Defendant(s)* | Civil Action No. 24-2670 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sean P. Diddy Combs
200 South Mapelton Drive
Los Angeles, California 90024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

EISWEIRTH LAW, PLLC
5900 Balcones Drive
Suite 16746
Austin, Texas 78731

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/24/2024

/s/ J. Gonzalez
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:24-cv-02670

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Sean P. Diddy Combs was received by me on *(date)* Apr 16, 2024, 4:33 pm.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: MAIL VIA USPS CERTIFIED MAIL Tracking: 9414711206206845653305 ; or

My fees are $ 100.00 for travel and $ _____ for services, for a total of $ 100.00.

I declare under penalty of perjury that this information is true.

Date: 01/03/2025

*Server's signature*

Darrell Fletcher PSC 16259

*Printed name and title*

P.O. BOX 389, Pflugerville, TX 78691

*Server's address*

Additional information regarding attempted service, etc.:
1) Jan 3, 2025, 4:52 pm CST at MDC Brooklyn METROPOLITAN DETENTION CENTER: P.O. BOX 329002 , BROOKLYN, , NY 11232 to Sean P. Diddy Combs.
MAIL VIA USPS CERTIFIED MAIL Tracking: 9414711206206845653305