```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RAVEN PRODUCTION MANAGEMENT GROUP                                      :
LLC,                                                                   :
                                                                       :
                              Plaintiff,        :       24 Civ. 2670 (JPC)
                                                                       :
            -v-                                 :           ORDER
                                                                       :
PHANTOM LABS, INC. et al.,                                             :
                                                                       :
                              Defendants.       :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 30, 2024, the Court ordered Plaintiff to file both a proof of service as to Defendant Combs and a letter advising the Court as to whether the instant case should be stayed in its entirety pending the outcome of the bankruptcy proceedings against Defendant Phantom Labs, Inc., no later than January 3, 2025.  Dkt. 43.  The Court further ordered that if Plaintiff failed to make both required filings by that date, Plaintiff shall show cause on or before January 10, 2025, why sanctions—including dismissal for failure to prosecute—should not be imposed. *Id.*  On January 3, 2025, Plaintiff filed the proof of service, Dkt. 44, but did not file the letter response ordered by the Court.  As a result, Plaintiff has still failed to comply with this Court's orders.

Accordingly, Plaintiff shall show cause in writing on or before January 10, 2025, why sanctions—including dismissal for failure to prosecute—should not be imposed for its repeated failure to abide by Court orders.

SO ORDERED.

Dated: January 6, 2025
      New York, New York

                                                             JOHN P. CRONAN
                                                             United States District Judge