AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Raven Production Management Group, LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 24 Civ. 2670 (JPC) |
| Phantom Labs, Inc., et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sean Combs.

Date: 01/08/2025

/s/ Jonathan D. Davis
*Attorney's signature*

Jonathan D. Davis (#1840321)
*Printed name and bar number*
Jonathan D. Davis, P.C.
1 Rockefeller Plaza, Suite 1712
New York, NY 10020

*Address*

jdd@jddavispc.com
*E-mail address*

(212) 687-5464
*Telephone number*

(212) 697-2521
*FAX number*